HENRY S. GARDNER, AS OVERSEER OF THE POOR OF THE TOWN OF VOLNEY, *v.* THOMAS D. LEWIS, APPELLANTS, FRANK DITTS, RESPONDENT.

Order appealed from affirmed, with ten dollars costs and disbursements to be paid by the appellants to the respondent or his attorney. *Held*, that the overseer had no authority to execute the satisfaction of the judgment, because, (1) it was without consideration, and (2) it was without leave of the court in which the action was pending. (2 R. S., 481, § 6.)

### THE SAME *v.* JOHN V. BOOMER.

Order appealed from affirmed, with ten dollars costs to be paid by appellant to the respondent or his attorney.

### THE SAME *v.* FREDERICK J. VAN VALKENBURGH.
### THE SAME *v.* ARMENIA AMES.
### THE SAME *v.* HENRY OTIS.
### THE SAME *v.* HENRY F. GILLMAN.
### THE SAME *v.* JAMES CLARK.
### THE SAME *v.* JAMES ELDER.
### THE SAME *v.* DANIEL T. MORFA.

The like order as in the case against Boomer.

JOHN KEARNS, AN INFANT, BY GUARDIAN, APPELLANT, *v.* CHARLES W. BURT AND OTHERS, RESPONDENTS.

Order appealed from affirmed.

THE VILLAGE OF ALBION, RESPONDENT, *v.* THOMAS J. REED, APPELLANT.

Order affirmed, with ten dollars costs and disbursements.

DAVID B. PROSSER AND OTHERS, APPELLANTS, *v.* WILLIAM OLIVER, RESPONDENT.

Order appealed from affirmed, with ten dollars costs and disbursements.